No. 10–5085. HINES v. ANDERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5086. HILL v. BYRD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5087. FOSTER v. SARGUS ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–5088. CLINTON v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–5089. VANNAUSDLE v. PIERCE COUNTY DEPARTMENT OF ASSIGNED COUNSEL ET AL. Ct. App. Wash. Certiorari denied.

No. 10–5090. HARVEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–5091. HOWARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5092. HIMMELREICH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5093. HENDRIX v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5094. FIELDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5095. FLENOID v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5096. HOPKINS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–5097. BATES v. BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–5098. BOWERS v. SCOTT, ADMINISTRATOR, SOUTHWESTERN REGIONAL JAIL, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 10–5099. BORTOLON v. BROWN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.